# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RAUB, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNERGY ONE LENDING, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 19cv1543-MMA (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 10] |

On December 11, 2019, the parties filed a joint motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 10. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety **without prejudice**. Each party must bear its own costs and attorney's fees. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: December 12, 2019

HON. MICHAEL M. ANELLO
United States District Judge